United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Janet Wilkins  
    Debtor

Case No. 15-14779-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 2     Date Rcvd: Apr 26, 2017  
                  Form ID: pdf900    Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2017.
```
db            +Janet Wilkins,    4511 Sherwood Road,    Philadelphia, PA 19131-1527
cr            +Wilmington Savings Fund Society, FSB, d/b/a Christ,    9990 Richmond Avenue,    Suite 400 South,
                Houston, TX 77042-4546
13558122      +Fed Loan Servicing,    P. O. Box 60610,    Harrisburg, PA 17106-0610
13558126      +McCabe, Weisberg & Conway, P.C.,    123 South Broad Street,    Ste. 2080,
                Philadelphia, PA 19109-1031
13558128      +Prime Funding, Inc.,    c/o Emmanuel Argentieri, Esq.,    52 Newton Avenue,    P. O. Box 456,
                Willingboro, NJ 08046-0456
13558129      +Scott F. Waterman, Esquire,    110 W. Front Street,    Media, PA 19063-3208
13653889       U.S. Deparment of Education,    C/O FedLoan Servicing,    P.O.Box 69184,
                Harrisburg,PA 17106-9184
13558130     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court:  Wells Fargo Home Mortgage,     8480 Stagecoach Circle,
                Frederick, MD 21701)
13639080      +Wells Fargo Bank, N.A.,    3476 Stateview Blvd,    Attn: Bankruptcy Department   MAC #D3347,
                Fort Mill, SC 29715-7200
13610252      +Wells Fargo Bank, N.A.,    C/O Wells Fargo Bank, N.A., as servicer,
                Attn: Bankruptcy Dept./MAC# D3347-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
13831262       Wells Fargo Bank, N.A.,    Default Document Processing,    1000 Blue Gentian Road, MAC# N9286-01Y,
                Eagan, MN 55121-7700
13570896      +Wells Fargo Bank, N.A.,    c/o Joseph P. Schalk, Esquire,    1617 JFK Blvd, Suite 1400,
                One Penn Center Plaza,    Phila., PA 19103-1823
13881037      +Wilmington Savings Fund Society FSB,    dba Christiana Trust not indiv but trus,
                for Pretium Mortgage Acquisition Trust,    c/o Selene Finance LP, 9990 Richmond,
                Ave, Ste 400 S, Houston, TX 77042-4559
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Apr 27 2017 01:39:51      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 27 2017 01:39:22
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 27 2017 01:39:45      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13569584      +E-mail/Text: mrdiscen@discover.com Apr 27 2017 01:39:08      Discover Bank,
                Discover Products Inc,    POB 3025,    New Albany Ohio 43054-3025
13558121      +E-mail/Text: mrdiscen@discover.com Apr 27 2017 01:39:08      Discover Finance Services LLC,
                Po Box 15316,    Wilmington, DE 19850-5316
13574530      +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Apr 27 2017 01:40:06
                Hyundai Capital America DBA Hyundai Motor Finance,    PO Box 20809,
                Fountain Valley, CA 92728-0809
13558125      +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Apr 27 2017 01:40:06      Hyundai Finance,
                Attn: Bankruptcy,    Pob 20809,    Fountain Valley, CA 92728-0809
13558127      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 27 2017 01:39:31      Midland Funding,
                8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13558124*     +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
13558123*     +Fed Loan Servicing,    P.O. Box 60610,    Harrisburg, PA 17106-0610
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2017                            Signature:   /s/Joseph Speetjens  

```
District/off: 0313-2          User: Stacey               Page 2 of 2            Date Rcvd: Apr 26, 2017
                              Form ID: pdf900            Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2017 at the address(es) listed below:

```
          ANDREW    SPIVACK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
          ANDREW    SPIVACK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
           bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          CHRISOVALANTE   FLIAKOS    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    VWells Fargo Bank, NA paeb@fedphe.com
          MARIO J. HANYON    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
          SCOTT F. WATERMAN    on behalf of Debtor Janet   Wilkins scottfwaterman@gmail.com,
           scottfwaterman@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                               TOTAL: 11
```

## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JANET WILKINS            Chapter 13

           Debtor          Bankruptcy No. 15-14779-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: April 26, 2017**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
SCOTT F. WATERMAN ESQ
110 W FRONT ST

MEDIA, PA 19163-

Debtor:
JANET WILKINS

4511 SHERWOOD ROAD

PHILADELPHIA, PA 19131-