UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Janet Wilkins : Chapter 13

        Debtor : No. 15-14779-elf

**AMENDED NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

Movant, Debtor Janet Wilkins, has filed a **Motion to Vacate Dismissal Order of April 26, 2017 and Reinstating the Chapter 13 case and Automatic Stay** with the Court.

**YOUR rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **May 18, 2017** you or your attorney must do _all_ of the following:

    (a) file an answer explaining your position at:

        United States Bankruptcy Court
        900 Market Street, Suite 400
        Philadelphia, PA 19107-4299

If you mail our answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the Movant's attorney:

        Scott F. Waterman, Esquire
        Waterman & Mayer, LLP
        110 West Front Street
        Media, PA 19063
        Phone:   (610) 566-6177
        Fax No.: (610) 892-4375

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on **May 30, 2017**, at **1:00 p.m.** in Courtroom **1,** United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107-4298.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: <u>May 5, 2017</u>