## CERTIFICATION OF SERVICE

IT IS HEREBY CERTIFIED, that on this day, a true and correct copy of debtor's Motion to Vacate Dismissal Order of April 26, 2017 along with the Amended Notice of Hearing was served upon the parties listed below in the above captioned matter by the following means.

Janet Wilkins
4511 Sherwood Road
Philadelphia, PA 19131
(via first class mail)

Judi M. Upchurch
Bankruptcy Department
Wells Fargo Bank, N.A.
3476 Stateview Blvd
Fort Mill, SC 29715
(via first class mail)

Jerome Blank, Esquire
Phelan Hallinan, LLP.
1617 JFK Blvd., Suite 1400
Philadelphia, PA 19103
(via first class mail)

William C. Miller, Esquire
(Via electronic Service)

Office of the U.S. Trustee
(Via electronic service)

Discover Finance Services LLC
Po Box 15316
Wilmington, DE 19850
(via first class mail)

Fed Loan Servicing
P. O. Box 60610
Harrisburg, PA 17106
(via first class mail)

Fed Loan Servicing
P.O. Box 60610

Harrisburg, PA 17106
(via first class mail)

Fed Loan Servicing
Po Box 60610
Harrisburg, PA 17106
(via first class mail)

Hyundai Finance
Attn: Bankruptcy
Pob 20809
Fountain Valley, CA 92708
(via first class mail)

McCabe, Weisberg & Conway, P.C.
123 South Broad Street
Ste. 2080
Philadelphia, PA 19109
(via first class mail)

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123
(via first class mail)

Prime Funding, Inc.
c/o Emmanuel Argentieri, Esq.
52 Newton Avenue
P. O. Box 456
Willingboro, NJ 08046
(via first class mail)

Wells Fargo Home Mortgage
8480 Stagecoach Circle
Frederick, MD 21701
(via first class mail)

*/s/  Scott F. Waterman*_____
SCOTT F. WATERMAN, ESQ.

Dated:  May 5, 2017