# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 15-14779-ELF

JANET WILKINS

4511 SHERWOOD ROAD

PHILADELPHIA, PA 19131-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JANET WILKINS

4511 SHERWOOD ROAD

PHILADELPHIA, PA 19131-

Counsel for debtor(s), by electronic notice only.

SCOTT F. WATERMAN ESQ
110 W FRONT ST

MEDIA, PA 19163-

Date: 9/19/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee