UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Janet Wilkins | : | Chapter 13 |
| Debtor | : | No. 15-14779-elf |

### DEBTOR'S PRAECIPE TO WITHDRAW STIPULATION AND PROPOSED ORDER

TO THE CLERK:

Kindly withdraw the Stipulation and Proposed Order regarding Motion to Vacate Relief to Wells Fargo Bank filed in the above matter.

**WATERMAN & MAYER, LLP**

BY: */s/ Scott F. Waterman*
**Scott F. Waterman, Esquire**
Dated: February 26, 2018        Attorney for Debtor

1