# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
JANET WILKINS                                           :    CHAPTER 13
                    **Debtor**                         :
                                                        :    BK. No. 15-14779 ELF

## ORDER

AND NOW, this 19th day of March, 2018, it is hereby **ORDERED** that the foregoing Stipulation by and among ~~Phelan Hallinan Diamond & Jones, LLP counsel for~~ the Movant, WELLS FARGO BANK, N.A., and ~~SCOTT F. WATERMAN, counsel for~~ the Debtor is hereby approved~~, shall be, and is hereby made an Order of this Court; and it is further;~~

~~**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.~~

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**