## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| **JANET WILKINS** | : | **BK. No. 15-14779 ELF** |
| **Debtor** | : | |
| | : | **Chapter No. 13** |
| **WELLS FARGO BANK, N.A.** | : | |
| **Movant** | : | |
| v. | : | |
| **JANET WILKINS** | : | |
| **Respondent** | : | |
| | : | |

### PRAECIPE TO WITHDRAW THE RESPONSE TO NOTICE OF FINAL CURE

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

Kindly withdraw the Response to Notice of Final Cure, filed on September 13, 2018, for Claim #3.

    Respectfully submitted,

/s/ Thomas Song, Esquire
Thomas Song, Esq., Id. No.89834
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31387
Fax Number: 215-568-7616
Email: Thomas.Song@phelanhallinan.com

September 19, 2018

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BK. No. 15-14779 ELF |
| **JANET WILKINS** | : | |
| Debtor | : | Chapter No. 13 |
| | : | |
| **WELLS FARGO BANK, N.A.** | : | |
| Movant | : | |
| v. | : | |
| **JANET WILKINS** | : | |
| Respondent | : | |
| | : | |

**CERTIFICATE OF SERVICE OF THE PRAECIPE TO WITHDRAW
THE RESPONSE TO NOTICE OF FINAL CURE**

I certify under penalty of perjury that I served or caused to be served the above captioned pleading Praecipe to Withdraw the Response to Notice of Final Cure on the parties at the addresses shown below or on the attached list on September 19, 2018.

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)
1234 Market Street, Suite 1813
Philadelphia, PA 19107

JANET WILKINS
1219 CHRISTIAN STREET
PHILADELPHIA, PA 19147

SCOTT F. WATERMAN, ESQUIRE
110 WEST FRONT STREET
MEDIA, PA 19063

JANET WILKINS
4511 SHERWOOD ROAD
PHILADELPHIA, PA 19131

U.S. TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

/s/ Thomas Song, Esquire
Thomas Song, Esq., Id. No.89834
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31387
Fax Number: 215-568-7616
Email: Thomas.Song@phelanhallinan.com

September 19, 2018