United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Janet Wilkins  
    Debtor

Case No. 15-14779-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 2     Date Rcvd: Oct 16, 2018  
                     Form ID: 138NEW    Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2018.
```
db         +Janet Wilkins,    4511 Sherwood Road,    Philadelphia, PA 19131-1527
cr         +Wilmington Savings Fund Society, FSB, d/b/a Christ,    9990 Richmond Avenue,    Suite 400 South,
             Houston, TX 77042-4546
13558122   +Fed Loan Servicing,    P. O. Box 60610,    Harrisburg, PA 17106-0610
13558126   +McCabe, Weisberg & Conway, P.C.,    123 South Broad Street,    Ste. 2080,
             Philadelphia, PA 19109-1031
13558128   +Prime Funding, Inc.,    c/o Emmanuel Argentieri, Esq.,    52 Newton Avenue,    P. O. Box 456,
             Willingboro, NJ 08046-0456
13558129   +Scott F. Waterman, Esquire,    110 W. Front Street,    Media, PA 19063-3208
13653889    U.S. Deparment of Education,    C/O FedLoan Servicing,    P.O.Box 69184,
             Harrisburg,PA 17106-9184
13558130  ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
             ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court:  Wells Fargo Home Mortgage,    8480 Stagecoach Circle,
             Frederick, MD 21701)
13639080   +Wells Fargo Bank, N.A.,    3476 Stateview Blvd,    Attn: Bankruptcy Department  MAC #D3347,
             Fort Mill, SC 29715-7200
13610252   +Wells Fargo Bank, N.A.,    C/O Wells Fargo Bank, N.A., as servicer,
             Attn: Bankruptcy Dept./MAC# D3347-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
13831262    Wells Fargo Bank, N.A.,    Default Document Processing,    1000 Blue Gentian Road, MAC# N9286-01Y,
             Eagan, MN 55121-7700
13570896   +Wells Fargo Bank, N.A.,    c/o Joseph P. Schalk, Esquire,    1617 JFK Blvd, Suite 1400,
             One Penn Center Plaza,    Phila., PA 19103-1823
13881037   +Wilmington Savings Fund Society FSB,    dba Christiana Trust not indiv but trus,
             for Pretium Mortgage Acquisition Trust,    c/o Selene Finance LP, 9990 Richmond,
             Ave, Ste 400 S, Houston, TX 77042-4559
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Oct 17 2018 02:43:35      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 17 2018 02:42:35
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 17 2018 02:43:22      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13569584       +E-mail/Text: mrdiscen@discover.com Oct 17 2018 02:42:04      Discover Bank,
                 Discover Products Inc,    POB 3025,    New Albany Ohio 43054-3025
13558121       +E-mail/Text: mrdiscen@discover.com Oct 17 2018 02:42:04      Discover Finance Services LLC,
                 Po Box 15316,    Wilmington, DE 19850-5316
13574530       +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Oct 17 2018 02:44:10
                 Hyundai Capital America DBA Hyundai Motor Finance,    PO Box 20809,
                 Fountain Valley, CA 92728-0809
13558125       +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Oct 17 2018 02:44:10      Hyundai Finance,
                 Attn: Bankruptcy,    Pob 20809,    Fountain Valley, CA 92728-0809
13558127       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 17 2018 02:42:58      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
                                                                                               TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13558124*      +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
13558123*      +Fed Loan Servicing,    P.O. Box 60610,    Harrisburg, PA 17106-0610
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                                             Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Stacey              Page 2 of 2              Date Rcvd: Oct 16, 2018
                              Form ID: 138NEW           Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2018 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              CHRISOVALANTE  FLIAKOS    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    VWells Fargo Bank, NA paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              SCOTT F. WATERMAN    on behalf of Debtor Janet  Wilkins scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 14
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Janet Wilkins
    Debtor(s)

Bankruptcy No: 15−14779−elf
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

>    900 Market Street
>    Suite 400
>    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/16/18

123 − 122
Form 138_new