United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-14779-elf
Janet Wilkins                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey          Page 1 of 1          Date Rcvd: Oct 16, 2018
                             Form ID: 212           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2018.
db            +Janet Wilkins,    4511 Sherwood Road,    Philadelphia, PA 19131-1527

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2018 at the address(es) listed below:
          ANDREW  SPIVACK   on behalf of Creditor   WELLS FARGO BANK, N.A. paeb@fedphe.com
          ANDREW  SPIVACK   on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com
          BRIAN CRAIG NICHOLAS   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
           bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
          CHRISOVALANTE  FLIAKOS   on behalf of Creditor   WELLS FARGO BANK, N.A. paeb@fedphe.com
          JEROME B. BLANK   on behalf of Creditor   WELLS FARGO BANK, N.A. paeb@fedphe.com
          JEROME B. BLANK   on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com
          JOSEPH ANGEO DESSOYE   on behalf of Creditor   VWells Fargo Bank, NA paeb@fedphe.com
          MARIO J. HANYON   on behalf of Creditor   WELLS FARGO BANK, N.A. paeb@fedphe.com
          SCOTT F. WATERMAN   on behalf of Debtor Janet  Wilkins scottfwaterman@gmail.com,
           scottfwaterman@gmail.com
          THOMAS YOUNG.HAE SONG   on behalf of Creditor   WELLS FARGO BANK, N.A. paeb@fedphe.com
          THOMAS YOUNG.HAE SONG   on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                      TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:                                                          Chapter: 13

     Janet Wilkins

Debtor(s)                                                       Case No: 15−14779−elf

---

### *ORDER*

AND NOW, 10/16/18 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

☐ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Eric L. Frank

Judge ,United States Bankruptcy Court